IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03019-RMR-NRN

KEVIN NUTT,

    Plaintiff,

v.

DEPARTMENT OF DEFENSE,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order of Judge Regina M. Rodriguez entered on June 6, 2022, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge N. Reid Neureiter is accepted and adopted. It is

FURTHER ORDERED that judgment is hereby entered in favor of Defendant, Department of Defense, and against Plaintiff, Kevin Nutt, on Defendant's Motion to Dismiss Amended Complaint. It is

FURTHER ORDERED that Plaintiff's complaint and action are **DISMISSED WITH PREJUDICE.**

Dated at Denver, Colorado this 6th day of June, 2022.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Robert R. Keech
Robert R. Keech,
Deputy Clerk